**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Matt Stevens, Appellant.

Appellate Case No. 2018-001186

———————

Appeal From Horry County
Benjamin H. Culbertson, Circuit Court Judge

———————

Unpublished Opinion No. 2023-UP-192
Submitted April 1, 2023 – Filed May 24, 2023

———————

**AFFIRMED**

———————

Daniel Alan Hunnicutt, of Law Offices of Daniel Hunnicutt, of Conway, and Scarlet Bell Moore, of Greenville, both for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General William M. Blitch, Jr., both of Columbia, and Solicitor Jimmy A. Richardson, II, of Conway, for Respondent.

———————

**PER CURIAM:** Matt Stevens appeals his sentence of twelve years' imprisonment with no credit for the twenty-three months he spent on house arrest, following his

guilty plea to second-degree burglary, violent. We affirm pursuant to Rule 220(b), SCACR, and the following authorities: *State v. Franklin*, 267 S.C. 240, 246, 226 S.E.2d 896, 898 (1976) ("[T]his [c]ourt has no jurisdiction to review a sentence, provided it is within the limits provided by statute for the discretion of the trial court, and is not the result of prejudice, oppression[,] or corrupt motive."); *State v. Dawson*, 402 S.C. 160, 163, 740 S.E.2d 501, 502 (2013) ("A sentence will not be overturned absent an abuse of discretion when the ruling is based on an error of law."); S.C. Code Ann. § 16-11-312(C)(2) (2015) ("Burglary in the second degree pursuant to subsection (B) is a felony punishable by imprisonment for not more than fifteen years . . . .").

**AFFIRMED.**[1]

**KONDUROS and VINSON, JJ., and LOCKEMY, A.J., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.